JOHN W. WOOD vs. JOSEPHINE R. WOOD.

*Divorce—Decree Nisi—Death of Plaintiff—Petition and Affidavit of Defendant—Decree set aside.*

In an action for divorce, the Court will refuse to make absolute a decree *nisi*, entered November 21, 1908, but will set it aside upon the petition and affidavit of the defendant, filed September 22, 1909, suggesting the death of the plaintiff, on February 22, 1909.

(*December* 9, 1909.)

PENNEWILL, C. J., and BOYCE and HASTINGS, J. J., sitting.

*Leonard E. Wales* for estate of plaintiff.

*J. Harvey Whiteman* and *George L. Towsend, Jr.*, for defendant.

Superior Court, New Castle County, November Term, 1909.

ACTION FOR DIVORCE (No. 49 Sept. Term, 1908). Decree *Nisi.*

The petition for divorce in the above stated case was filed to the September Term, 1908, of the Superior Court in and for New Castle County, and on the twenty-first day of November, 1908, a decree *nisi* was entered therein. On September twenty-second, 1909, Josephine R. Wood, the defendant, presented a petition to the Court with affidavit annexed, by her counsel, suggesting the death of said John W. Wood, the plaintiff, and moved that the decree *nisi* be set aside and the petition dismissed.

The Court thereupon made the following order:

"AND NOW TO-WIT, this ninth day of December, A. D. 1909, it appearing to the Court that the decree *nisi* in the above stated case was entered on the twenty-first day of November, A. D. 1908; and it further appearing upon the petition and affidavit of Josephine R. Wood, the defendant, that John W. Wood, the plaintiff, departed this life on the twenty-second day of Februrary, A. D. 1909;

"The Court therefore refuses to make absolute the said decree *nisi*, and

"IT IS ORDERED ADJUDGED AND DECREED that thesaid decree *nisi* be set aside."